NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARKEITH LAWS,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D17-4636
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
 _____    )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.


          Affirmed.


MORRIS, BLACK, and LUCAS, JJ., Concur.